

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **21-MJ-1217** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Julio Daniel TORRES, ) | 1324(a)(2)(B)(iii)- |
| ) | Bringing in Illegal Alien(s) |
| Defendant. ) | Without Presentation |
| ) | |

The undersigned complainant being duly sworn states:

On or about April 1, 2021 within the Southern District of California, Defendant Julio Daniel TORRES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Angelica Alejandra CEJA-Ceja and Mario DIAZ-Ramirez had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Gabriela Acevedo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 2nd of April 2021.

HON. BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Angelica Alejandra CEJA-Ceja and Mario DIAZ-Ramirez, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 1, 2021, at approximately 4:10 A.M., Julio Daniel TORRES (Defendant), a United States citizen, made application for admission into the United States from Mexico at the Otay Mesa, California Port of Entry via the vehicle primary lanes. Defendant was the driver of a 2003 Honda Civic bearing California License plates. A Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) was conducting primary roving operations at the primary inspection booth when his assigned Narcotics Human Detection Dog (NHDD) alerted to the passenger side rear quarter panel of the Defendant's vehicle. The CEO advised the CBP Officer of the alert. Upon inspection before the CBP Officer, Defendant presented his United States passport card and said he was going to San Diego, California with nothing to declare from Mexico. The CBP Officer utilized a density reader on the passenger side rear quarter panel and received a high density reading. The CBP Officer radioed for assistance and Defendant was secured. Defendant was escorted to a secured office and the vehicle was driven to secondary for a further inspection.

In secondary, the vehicle was screened through an x-ray device where a CBP Officer observed anomalies in the rear quarter panels of the vehicle. Responding CBP Officers inspected the vehicle by lifting the rear seat upward discovering persons lower limbs. CBP Officers forcibly removed the quarter panels revealing the remaining upper area of the persons concealed. One female and one male were removed from the non-factory quarter panel/rear seat compartment of the vehicle. The individuals were later identified as Angelica Alejandra CEJA-Ceja and Mario DIAZ-Ramirez, both determined to be citizens of Mexico without documents to enter the United States and are now being held as a Material Witnesses.

On April 1, 2021, at approximately 7:57 A.M., Defendant was advised of his Miranda Rights and elected to make a statement. Defendant admitted knowledge of the smuggling act. Defendant admitted he was taking the concealed person(s) to his residence for extraction and proceed to an unknown location in San Diego to deliver the person(s) whereupon he would receive $3,000 US dollars.

During a video-recorded interview, Material Witnesses admitted they are citizens of Mexico with no legal documents to enter the United States. Material Witnesses stated family members made smuggling arrangements for them with unknown persons in Mexico for a smuggling fee of $16,000 US dollars. Material Witnesses stated they were going to various locations in California.